UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL ROBITAILLE,

    Plaintiff,

v.

FORTRESS, INC.,

    Defendant.

Case No: 1:25-cv-42-PLM-PJG

### DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiff, PAUL ROBITAILLE, and against Defendant, FORTRESS, INC., as follows:

| | |
|---|---|
| a. Actual Damages | $ 2,636.80 |
| b. Attorney fees | $ 3,875.00 |
| c. Costs | $ 434.76 |

2. Allowing judgement interest to be added per diem.

Dated: __April 7__, 2025.

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge